FILED
2005 Apr-18  PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **SHANNON DOUGLAS COLE,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| vs. | ) Civil Action No. CV 03-S-2463-NE |
| | ) |
| **WARDEN JAMES DeLOACH, et al,** | ) |
| | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby approves and adopts the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE this 18th day of April, 2005.

_____
United States District Judge